DANIEL S. KOMANSKY
ATTORNEY AND COUNSELOR AT LAW

OF COUNSEL
NELSON A. VINOKUR

33 WALT WHITMAN ROAD
SUITE 215W
HUNTINGTON STATION, NEW YORK 11746
631-549-5600
TELECOPIER
631-549-5690
E-MAIL
DSKESQ33@AOL.COM

January 31, 2007

Mr. Steven Cohen
200 Atlantic Avenue
Lynbrook NY 11563


FOR PROFESSIONAL SERVICES RENDERED:     4530

|  | Hrs/Rate | Amount |
|---|---|---|

### STILLMAN v COHEN

| | | |
|---|---|---|
| 01/11/07 Dan Meeting with Steven Cohen to consult re: facts of new matter regarding judgment holder's wrongful attempt to execute judgment against Mr. Cohen's assets; review client's papers; review copies of court records obtained by client; legal research Mr. Cohen's right to demand reimbursement of his fees and expenses from judgment holder and other possible remedies; dictate letter to collection agency and its attorney; dictate letter to judgment holder; Telephone conference with counsel for | 5.30 300.00/hr | 1,590.00 |

|            |     |                                                                                                                                                                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
|            |     | collection agency; Telephone conference with CEO of collection agency re: his willingness to rescind restraining notices, identity of his debtor, willingness to reimburse client's fees and expenses<br>STILLMAN v. COHEN                                            |                   |        |
| 01/12/07   | Dan | Telephone conference with Steve Cohen re: my telephone conference with CEO of collection agency, when his checking accounts will be available again, agency's reimbursement of fees and expenses and issuance of apology; prepare file notes<br>STILLMAN v. COHEN    | 0.50<br>300.00/hr | 150.00 |
| 01/18/07   | Dan | Telephone conference with Steve Cohen re: inquiry on status; Voice Mail to Arnold Val; Telephone conference with Steve Cohen; update file notation; further Voice Mail to Arnold Val, Steve Cohen; Telephone conference with counsel for collection agency; prepare further file note<br>STILLMAN v. COHEN | 0.40<br>300.00/hr | 120.00 |
| 01/19/07   | Dan | Telephone conference with Steve Cohen re: last night's call with counsel for collection agency re: letters rescinding restraining notices<br>STILLMAN v. COHEN                                                                                                       | 0.10<br>300.00/hr | 30.00  |

Mr. Steven Cohen                                                                                           Page 3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 01/22/07 Dan | Prepare follow up letter demanding collection agency provide copies of documents rescinding restraining notices and copy of Lexis-Nexis report<br>STILLMAN v. COHEN | 0.30<br>300.00/hr | 90.00 |
| 01/23/07 Dan | Telephone conference with collection agency representative re: his request for additional information regarding Steve Cohen and response to my letter requesting copies of documents canceling restraining notices; prepare file notes; Telephone conference with Steve Cohen re: status<br>STILLMAN v. COHEN | 0.40<br>300.00/hr | 120.00 |
| 01/25/07 Dan | Telephone conference with Arnold Val re: follow up on letters canceling restraining notices; review letters from collection agency re: same; Prepare letter to Arnold Val re: missing rescission letters; Telephone conference with Steve Cohen re: status; Prepare letter to Steve Cohen<br>STILLMAN v. COHEN | 1.30<br>300.00/hr | 390.00 |
| 01/29/07 Dan | Prepare letter to Steve Cohen regarding my telephone conference with Arnold Val and Val's request for 2 week period to clean up open items; Telephone conference with | 0.60<br>300.00/hr | 180.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| Steve Cohen re: restraint on lease security account at Emigrant Savings Bank; review correspondence from Emigrant Savings Bank; dictate letter to Emigrant Savings Bank; dictate letter to landlord; dictate letter to Arnold Val<br>STILLMAN v. COHEN | | |
| 01/30/07 Dan Revise and finalize letters to Emigrant Savings Bank, Lyons Roar Judgement Collections and Newmark & Company re: hold placed upon Steve Cohen's lease security deposit account by Emigrant Savings Bank<br>STILLMAN v. COHEN | 1.40<br>300.00/hr | 420.00 |
| Total time and professional charges | 10.30 | $3,090.00 |

Disbursements:

<u>STILLMAN v COHEN</u>

Overnight letters　　　　　　　　　　　　　　　　　　　　　　　　　　　　　18.42
STILLMAN v. COHEN

Postage　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4.11
STILLMAN v. COHEN

Total Disbursements　　　　　　　　　　　　　　　　　　　　　　　　　　$22.53

# DANIEL S. KOMANSKY
ATTORNEY AND COUNSELOR AT LAW

Mr. Steven Cohen                                                                                        Page 5

                                                                                                       Amount

|            |                                              | Amount        |
|------------|----------------------------------------------|---------------|
|            | Total amount of this bill                    | $3,112.53     |
| 01/31/07   | Payment from account                         | ($3,112.53)   |
|            | Please replenish client funds with           | $3,112.53     |
|            | Balance due                                  | $3,112.53     |
|            | Previous balance of client funds             | $0.00         |
| 01/12/07   | Payment to account                           | $5,000.00     |
| 01/31/07   | Payment from account                         | ($3,112.53)   |
|            | New balance of client funds                  | $1,887.47     |

DANIEL S. KOMANSKY
ATTORNEY AND COUNSELOR AT LAW

OF COUNSEL
NELSON A. VINOKUR

33 WALT WHITMAN ROAD
SUITE 215W
HUNTINGTON STATION, NEW YORK 11746
631-549-5600
TELECOPIER
631-549-5690
E-MAIL
DSKESQ33@AOL.COM

February 28, 2007

Mr. Steven Cohen
200 Atlantic Avenue
Lynbrook NY 11563


FOR PROFESSIONAL SERVICES RENDERED: 4549

| | Hrs/Rate | Amount |
|---|---|---|
| STILLMAN v COHEN | | |
| 02/16/07 Dan Telephone conference with Steve Cohen re: his damages and claim to make to Arnold Val; prepare file note<br>STILLMAN v. COHEN | 0.10<br>300.00/hr | 30.00 |
| 02/20/07 Dan Telephone conference with Arnold Val re: reimbursement of expenses and client's lost earnings, supply proof of compliance with request for cure of incorrect information regarding client<br>STILLMAN v. COHEN | 0.10<br>300.00/hr | 30.00 |

## DANIEL S. KOMANSKY
ATTORNEY AND COUNSELOR AT LAW

Mr. Steven Cohen                                                                    Page 2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 02/21/07 Dan | Prepare letter to collection agency demanding payment of fees and expenses<br>STILLMAN v. COHEN | 0.70<br>300.00/hr | 210.00 |
| 02/22/07 Dan | Prepare letter to Arnold Val re: demand for reimbursement of legal fees and lost earnings; Prepare letter to Steve Cohen re: Lexis Nexis<br>STILLMAN v. COHEN | 0.70<br>300.00/hr | 210.00 |
|  | Total time and professional charges<br>Disbursements: | 1.60 | $480.00 |
|  | STILLMAN v COHEN |  |  |
|  | Copies<br>STILLMAN v. COHEN |  | 2.80 |
|  | Total Disbursements |  | $2.80 |
| 02/28/07 | Total amount of this bill<br>Payment from account<br>Please replenish client funds with |  | $482.80<br>($482.80)<br>$482.80 |
|  | Balance due |  | $482.80 |

# Daniel S. Komansky
ATTORNEY AND COUNSELOR AT LAW

Mr. Steven Cohen                                            Page 3

                                                            <u>Amount</u>

        Previous balance of client funds            $1,887.47
02/06/07 Payment to account                                 $3,112.53
02/28/07 Payment from account                                ($482.80)
                                                           _____

        New balance of client funds                 $4,517.20

DANIEL S. KOMANSKY
ATTORNEY AND COUNSELOR AT LAW

DANIEL S. KOMANSKY

GERRY CARECCIA LEONTI

OF COUNSEL
NELSON A. VINOKUR

33 WALT WHITMAN ROAD
SUITE 215W
HUNTINGTON STATION, NEW YORK 11746
631-549-5600
TELECOPIER
631-549-5690
E-MAIL
DSKESQ33@AOL.COM

March 30, 2007

Mr. Steven Cohen
200 Atlantic Avenue
Lynbrook NY 11563

FOR PROFESSIONAL SERVICES RENDERED: 4568

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | STILLMAN v. COHEN | | | |
| 3/9/07 | Dan | Prepare letter to Arnold Val demanding payment of fees and expenses and client's lost earnings<br>STILLMAN v. COHEN | | 0.90<br>300.00/hr | 270.00 |
| 3/12/07 | Dan | Telephone conference with Arnold Val re: his request for documentation of Steve's loss and his legal fees; Telephone conference with Steve Cohen re: same and request for statement of his lost time; prepare file notes<br>STILLMAN v. COHEN | | 0.30<br>300.00/hr | 90.00 |
| 3/13/07 | Dan | Telephone conference with Steve Cohen re: restraint of joint account he holds with his parents at Astoria Bank, response he received from Accurint Systems; Prepare letter to Arnold Val responding to his request for documentation of Steve Cohen's legal expenses and losses; review of documents supplied by Arnold Val to determine if copy of restraining notice and rescission letter to Astoria Bank was supplied to us by Val; Telephone conference with Steve Cohen re: review and approval of letter to Val; finalize and send letter to Val<br>STILLMAN v. COHEN | | 1.60<br>300.00/hr | 480.00 |
| | | SUBTOTAL: | | [ 2.80 | 840.00] |

|  | Hours | Amount |
|---|---|---|
| Total time and professional charges | 2.80 | $840.00 |
| Disbursements: | | |
| STILLMAN v. COHEN | | |
| Postage | | 1.65 |
| STILLMAN v. COHEN | | |
| SUBTOTAL: | | [ 1.65] |
| Total Disbursements | | $1.65 |
| Total amount of this bill | | $841.65 |
| Balance due | | $841.65 |

|  |  |  |
|---|---|---|
|  | Previous balance of client funds | $4,517.20 |
| 3/5/07 | Withdrawal from account- Refund escrow deposit | ($4,517.20) |
|  | New balance of client funds | $0.00 |